# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

ANA MARIA GASPAR TRAIN,

                          Plaintiff,

    v.

NAFISA S. MOHAMMAD and NAFISA'S KITCHEN 2 Inc., DBA & NAFISA'S KITCHEN DESI FASHION,

                          Defendants.

Case No. 1:17-cv-07993

Judge: Robert W. Gettleman

Magistrate Judge:
Daniel G. Martin

## MOTION FOR AN ORDER GRANTING JUDGMENT

The Defendants, in the above captioned action, by and through their attorney M. James Salem, move this Court for an order granting Plaintiff a judgment.

The Complaint in this action was filed on November 4, 2017 (Doc. 1). The Summons and Complaint were served on December 22, 2017. Now, the Defendants in this case have agreed to accept liability and move for an order granting Plaintiff a judgment.

**WHEREFORE**, Defendants respectfully request an order granting Plaintiff a judgment, together white such other and further relief this Court deems just and proper

Dated: March 21, 2018**,**

                          Respectfully submitted,

                          /s/M. James Salem,
                          Attorney for Plaintiff
                          7156 West 127th Street, B-149
                          Palos Heights, IL. 60463
                          Tel. (708) 277-4775
                          salemlaw@comcast.net

## CERTIFICATION OF SERVICE

I, M. James Salem, am the attorney for Defendants and on March 21, 2018, I hereby certify that I served a true copy of the above Motion on all counsels of record by electronic means.

                          /s/ M. James Salem