# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Ana Maria Gaspar Train,

Plaintiff(s),

v.

Nafisa S Mohammad, et al.,

Defendant(s).

Case No. 17-cv-07993
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Anna Maria Gaspar Train
and against defendant(s) Nafisa S. Mohammad and Nafisa's Kitchen 2 Inc.
in the amount of $16,834.00 ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall not recover costs from defendant(s); each party will bear his or its own attorneys' fees and costs, except as otherwise agreed.

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman

Date:  5/8/2018

Thomas G. Bruton, Clerk of Court

Claire Newman , Deputy Clerk